UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN FAMILY CONNECT PROPERTY AN CASUALTY INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH REGINALD WALKER, AN INDIVIDUAL, KENNETH REGINALD WALKER AS GUARDIAN AD LITEM FOR K.W., A MINOR; KENYADA WALKER, AN INDIVIDUAL; AND YU HU, AN INDIVIDUAL**,<br><br>Defendants. | Case No. 24-cv-07515-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>DKT. NO. 18 |

Plaintiff, by and through its counsel, has advised the Court that it anticipates filing a dismissal within 30 days or less due to the underlying liability action being resolved. (Dkt. No. 18 ¶ 4.)

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within ninety (90) days from the date of this Order, that the case should be reopened for failure to resolve the underlying liability action, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: March 5, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**